IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case 16 cv 9165 Judge Alonso |
| v. | ) ) | |
| AMERICAN MECHANICAL, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

WHEREAS, Plaintiffs motion for summary judgment was granted on March 7, 2019.

WHEREAS, Plaintiffs attorney fee petition was granted on April 30, 2019.

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Judgment is hereby entered against the Defendant in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered on behalf of the Plaintiffs and against the Defendant, American Mechanical, Inc., in the sum of $79,979.88.

Further, Plaintiffs are awarded their costs.

ENTERED:

5/6/19

_____
Judge L. Alonso
United States District Judge